**UNITED STATES DISTRICT COURT**
                         **FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
ELECTRONIC TRANSACTION         )
SYSTEMS CORPORATION,           )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 08-1610 (RWR)
                               )
PRODIGY PARTNERS LTD., INC.    )
(d/b/a ELECTRONIC TRANSACTION  )
SERVICES),                     )
                               )
     Defendant.                )
_____)
```

**MEMORANDUM ORDER**

      The plaintiff has moved for an award of attorneys' fees and expenses following entry of default judgment. Magistrate Judge Alan Kay issued a Report and Recommendation recommending that the plaintiff's motion be granted and that the plaintiff be awarded $98,765.17 in reasonable attorneys' fees, $4,274.05 in expenses, and $676.85 in costs. The Report and Recommendation warned that failure to file objections to it within 10 days could waive the right to appeal any order of the District Court adopting the recommendations. No objections to the Report and Recommendation have been received, and all objections are deemed waived. See Thomas v. Arn, 474 U.S. 140, 150 (1985); Anyanwutaku v. Wilson, Civil Action No. 00-2296 (CKK), 2005 WL 774854, at *1 (April 5, 2005). Accordingly, it is hereby

- 2 -

ORDERED that Magistrate Judge Kay's Report and Recommendation [22] is adopted in full.  It is further

ORDERED that plaintiff be, and hereby is, AWARDED $98,756.17 in reasonable attorneys' fees, $4,274.05 in expenses, and $676.85 in costs.

SIGNED this 9th day of October, 2009.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge